**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                            **CRIMINAL ACTION NO. 2:05CR91**

**ROMAL WEBB**

## ORDER

This cause is before the Court on defendant Webb's Motion for Continuance and Extension of Pre-Trial Deadlines [14]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for October 3, 2005. Defense counsel represents in the motion that her trial obligations in other state court cases, as well as additional obligations in both state and federal actions, prevent her from preparing effectively for the scheduled trial of this cause. In addition, counsel avers in the motion that she has been unable to pursue a Rule 11 meeting with the government because of scheduling problems attributable to the aftermath of hurricane Katrina. The Court is advised that the government does not oppose the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from October 3, 2005 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given defense counsel's trial schedule in other matters, a continuance is required under the Local Rules in order to permit defendant counsel an adequate opportunity to prepare for trial. Therefore, the Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a

speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance and Extension of Pre-Trial Deadlines [14] is GRANTED;

2. That the trial of this matter is continued until Monday, November 28, 2005 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from October 3, 2005 until November 28, 2005 is excluded as set out above;

4. That the deadline for filing pretrial motions is November 7, 2005;

5. That the deadline for submitting a plea agreement is November 14, 2005.

SO ORDERED, this the 22nd day of September, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE