**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                         **CRIMINAL ACTION NO. 2:05CR091**

**ROMAL WEBB**

## ORDER

This cause is before the Court on defendant Webb's Motion to Continue Trial and Extend Pre-Trial Deadlines. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for November 28, 2005. Defense counsel represents in the motion that defendant is participating in Rule 11 meetings and the government is in the process of making a plea offer; additional time is necessary to complete plea negotiations. The Court is advised that the government does not oppose the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from November 28, 2005 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given defense counsel's trial schedule in other matters, a continuance is required under the Local Rules in order to permit defendant counsel an adequate opportunity to prepare for trial. Therefore, the Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion to Continue and Extend Pre-Trial Deadlines is GRANTED;

2. That the trial of this matter is continued until Tuesday, January 3, 2006 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from November 28, 2005 until January 3, 2006 is excluded as set out above;

4. That the deadline for filing pretrial motions is December 13, 2005;

5. That the deadline for submitting a plea agreement is December 20, 2005.

SO ORDERED, this the 10th day of November, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE